JS-6/ENTER

1
2
3
4
5
6            **UNITED STATES DISTRICT COURT**
7            **CENTRAL DISTRICT OF CALIFORNIA**
8
9    EDDIE ASHLEY,                    ) Case No. CV 14-1572 DOC (JCG)
10                       Petitioner,  ) **JUDGMENT**
11              v.                     )
12   MARTIN BITER,[1] Warden,          )
13                       Respondent.   )
14   _____ )
15
16        IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH**
17   **PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and
18   Recommendation.
19
20   DATED: ___January 7, 2015___
21
22                                          _David O. Carter_
                                            _____
23                                          HON. DAVID O. CARTER
24                                          UNITED STATES DISTRICT JUDGE
25
26
27   _____
28        [1] The Court *sua sponte* substitutes Martin Biter as the proper Respondent.  *See* Fed. R. Civ. P. 25(d).